# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2015 CW 0606

VERSUS

DEBORAH D. BLACK

**MAY 26, 2021**

---

In Re:  Gallinghouse and Associates, Inc. and G&A Publishing, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 485791.

---

**BEFORE:  HOLDRIDGE, LANIER, AND HESTER, JJ.**

**STAY LIFTED; WRIT DISMISSED.**  This writ application is dismissed pursuant to relators' motion advising that all issues have been resolved and requesting that the writ application be dismissed.

**GH**
**WIL**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT